# EXHIBIT A

ELECTRONICALLY FILED
11/21/2017 3:50 PM
2017-L-011945
CALENDAR: E
PAGE 1 of 6
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | |
|---|---|
| KIMBERLY J. FAULKNER-STARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: |
| ) | |
| K&B TRANSPORTATION, INC., a foreign ) | |
| corporation, and ) | |
| JEREMY M. LAROCHE, individually, and as ) | |
| agent, employee and/or servant of ) | |
| K&B TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, KIMBERLY J. FAULKNER-STARKS, by and through her

attorneys, GARDI & HAUGHT, LTD. and in her Complaint against the Defendants, K&B

TRANSPORTATION, INC., a foreign corporation, and JEREMY M. LAROCHE, individually, and

as agent, employee and/or servant of K&B TRANSPORTATION, INC., states as follows:

## COUNT I – K&B TRANSPORTATION, INC.

1.  On January 11, 2016, Plaintiff KIMBERLY J. FAULKNER-STARKS was operating a CTA bus,

    which was stopped facing East on 16th Street at or near the intersection with Pulaski Road, in the

    City of Chicago, in the County of Cook, in the State of Illinois.

2.  That at all times relevant, the Defendant, K&B TRANSPORTATION, INC., owned a semi truck

    that was being controlled and operated by its employee, servant, and/or agent, Defendant

    JEREMY M. LAROCHE, who was acting in furtherance and mutual benefit of his employment,

    servitude, and/or agency with K&B TRANSPORTATION, INC.

3. That at the aforesaid time and place, Defendant K&B TRANSPORTATION, INC.'s semi truck was traveling eastbound on 16ᵗʰ Street at or near the intersection with Pulaski Road, in the City of Chicago, in the County of Cook, in the State of Illinois.

4. That at the aforesaid time and place, the semi truck owned by the Defendant K&B TRANSPORTATION, INC. struck the Plaintiff's CTA bus with great force and violence.

5. That Defendant K&B TRANSPORTATION, INC., by and through its employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, then and there had a duty to own, operate, manage, maintain, and control said semi truck with ordinary and reasonable care so as not to cause injury to others.

6. That at the aforesaid time and place, Defendant K&B TRANSPORTATION, INC., by and through its employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, then and there carelessly and negligently did, or failed to do one or more of the following acts and/or omissions:

   a. Operated said semi truck with reckless disregard for the safety of others, contrary to and in violation of 625 ILCS 5/11-503;

   b. Failed to keep a proper lookout with regard for traffic conditions, in violation of 625 ILCS 5/11-601;

   c. Failed to retain sufficient or proper control over said semi truck;

   d. Failed to operate said semi truck in a reasonably safe manner so as to not cause injury to the Plaintiff;

   e. Failed to take any evasive measures to avoid a collision;

   f. Drove too close to a bus, in violation of 625 ILCS 5/11-710;

   g. Failed to maintain travel within a single lane of traffic, in violation of 625 ILCS 5/11-709;

   h. Attempted and/or made a right turn from a lane not as close as practical to the right-hand curb, in violation of 625 ILCS 5/11-801(a)(1);

   i. Attempted and/or made a right turn in front of a bus, in violation of 625 ILCS 5/11-801(c);

ELECTRONICALLY FILED
11/21/2017 3:50 PM
2017-L-011945
PAGE 2 of 6

ELECTRONICALLY FILED
11/21/2017 3:50 PM
2017-L-011945
PAGE 3 of 6

> j. Failed to obey a traffic control signal, in violation of 625 ILCS 5/11-305 and 625 ILCS 5/11-306;
>
> k. Falsified a log book to allow the driver to drive hours in excess of those allowed by law;
>
> AND
>
> l. Drove a semi truck hours in excess of those allowed by law.

7. That as a direct and proximate result of one or more of the aforementioned negligent and/or careless acts of Defendant K&B TRANSPORTATION, INC., the Plaintiff suffered multiple injuries of a personal and pecuniary nature; which are both permanent and lasting; which have caused and will continue to cause pain to her body; that she was caused to expend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; thereby incurring losses of large sums of money; and that she has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, the Plaintiff, KIMBERLY J. FAULKNER-STARKS, asks for judgment against the Defendant K&B TRANSPORTATION, INC., in a sum in excess of $50,000.00, plus the costs of this action.

## COUNT II – JEREMY M. LAROCHE

1. On January 11, 2016, Plaintiff KIMBERLY J. FAULKNER-STARKS was operating a CTA bus, which was stopped facing East on 16th Street at or near the intersection with Pulaski Road, in the City of Chicago, in the County of Cook, in the State of Illinois.

2. That at the aforesaid time and place, the Defendant, K&B TRANSPORTATION, INC., owned a vehicle that was being controlled and operated by her employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, who was acting in furtherance and mutual benefit of his employment, servitude, and/or agency with K&B TRANSPORTATION, INC.

3. That at the aforesaid time and place, Defendant JEREMY M. LAROCHE's semi truck struck the Plaintiff's CTA bus with great force and violence.

4. That Defendant JEREMY M. LAROCHE, had a duty to operate, manage, maintain, and control his semi truck with ordinary and reasonable care so as to not cause injury to others, including the Plaintiff.

5. Notwithstanding said duty, Defendant JEREMY M. LAROCHE individually, and as agent, employee and/or servant of K&B TRANSPORTATION, INC., then and there carelessly and negligently did, or failed to do one or more of the following acts and/or omissions:

    a. Operated said semi truck with reckless disregard for the safety of others, contrary to and in violation of 625 ILCS 5/11-503;

    b. Failed to keep a proper lookout with regard for traffic conditions, in violation of 625 ILCS 5/11-601;

    c. Failed to retain sufficient or proper control over said semi truck;

    d. Failed to operate said semi truck in a reasonably safe manner so as to not cause injury to the Plaintiff;

    e. Failed to take any evasive measures to avoid a collision;

    f. Drove too close to a bus, in violation of 625 ILCS 5/11-710;

    g. Failed to maintain travel within a single lane of traffic, in violation of 625 ILCS 5/11-709;

    h. Attempted and/or made a right turn from a lane not as close as practical to the right-hand curb, in violation of 625 ILCS 5/11-801(a)(1);

    i. Attempted and/or made a right turn in front of a bus, in violation of 625 ILCS 5/11-801(c);

    j. Failed to obey a traffic control signal, in violation of 625 ILCS 5/11-305 and 625 ILCS 5/11-306;

    k. Falsified a log book to allow the driver to drive hours in excess of those allowed by law;

    AND

l. Drove a semi truck hours in excess of those allowed by law.

6. That as a direct and proximate result of one or more of the aforementioned negligent and/or careless acts of Defendant JEREMY M. LAROCHE individually, and as agent, employee and/or servant of K&B TRANSPORTATION, INC., the Plaintiff suffered multiple injuries of a personal and pecuniary nature; which are both permanent and lasting; which have caused and will continue to cause pain to her body; that she was caused to expend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; thereby incurring losses of large sums of money; and that she has been and in the future will be prevented from attending to her usual affairs and duties.

WHEREFORE, the Plaintiff, KIMBERLY J. FAULKNER-STARKS, asks for judgment against the Defendant JEREMY M. LAROCHE individually, and as agent, employee and/or servant of K&B TRANSPORTATION, INC., in a sum in excess of $50,000.00, plus the costs of this action.

Respectfully submitted,

GARDI & HAUGHT, LTD.

/s/ Parag P. Bhosale
BY: Parag P. Bhosale

GARDI & HAUGHT, LTD.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
847/944-9400 office
pbhosale@gardilaw.com
info@gardilaw.com
Attorney No.: 40434

ELECTRONICALLY FILED
11/21/2017 3:50 PM
2017-L-011945
PAGE 5 of 6

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

KIMBERLY J. FAULKNER-STARKS,    )
    )
        Plaintiff,    )
    )
vs.    )    Case No.:
    )
K&B TRANSPORTATION, INC., a foreign    )
corporation, and    )
JEREMY M. LAROCHE, individually, and as    )
agent, employee and/or servant of    )
K&B TRANSPORTATION, INC.,    )
    )
        Defendants.    )

ELECTRONICALLY FILED
11/21/2017 3:50 PM
2017-L-011945
PAGE 6 of 6

### SUPREME COURT RULE 222(B) AFFIDAVIT

I, Parag P. Bhosale, on oath state:

1. I am one of the attorneys for Plaintiff in the above captioned case; for purposes of the Rule 222(B) affidavit, I am the Plaintiff's authorized agent.

2. The total money damages sought in this case exceeds $50,000.00.

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Parag P. Bhosale
BY: Parag P. Bhosale

GARDI & HAUGHT, LTD.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
847/944-9400 office
pbhosale@gardilaw.com
info@gardilaw.com
Attorney No.: 40434

# EXHIBIT B

Summons - Alias Summons                                                                  (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

KIMBERLY J. FAULKNER-STARKS          No.  2017-L-011945
          v.                                    ───────────────────────
K&B TRANSPORTATION, INC.;             Defendant Address:
JEREMY M. LAROCHE                     K&B TRANSPORTATION, INC.
                                      R/A BROCK ACKERMAN
                                      4700 DAKOTA AVE.
                                      SOUTH SIOUX CITY, NE 68776

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801_____ ,Chicago, Illinois 60602
☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows    ☐ District 4 - Maywood
  5600 Old Orchard Rd.           2121 Euclid 1500                  Maybrook Ave.
  Skokie, IL 60077               Rolling Meadows, IL 60008         Maywood, IL 60153
☐ District 5 - Bridgeview      ☐ District 6 - Markham            ☐ Richard J. Daley Center
  10220 S. 76th Ave.             16501 S. Kedzie Pkwy.            50 W. Washington, LL-01
  Bridgeview, IL 60455           Markham, IL 60428                Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 40434_____            Witness:          Tuesday, 21 November 2017
Name:  GARDI  ASSOC                    /s DOROTHY BROWN
Atty. for:  KIMBERLY J. FAULKNER-STARKS   DOROTHY BROWN, Clerk of Court
Address:  939 N PLUM GROVE ROAD SUITE C
City/State/Zip Code:  SCHAUMBURG, IL 60173   Date of Service: _____
Telephone:  (847) 944-9400             (To be inserted by officer on copy left with Defendant or other person)
Primary Email Address:  pbhosale@gardilaw.com
Secondary Email Address(es):          **Service by Facsimile Transmission will be accepted at:
hnunez@gardilaw.com                    _____

                                      (Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

# EXHIBIT C

Appearance                                                                    (12/30/15) CCL N530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Kimberly J. Faulkner-Starks

                                          Plaintiff    No. 2017-L-011945

            v.                                         Calendar: E

K&B Transportation, Inc. and Jeremy M. LaRoche

                                         Defendant

## APPEARANCE

☑ GENERAL APPEARANCE         0900 - APPEARANCE - FEE PAID;  0909 - APPEARANCE - NO FEE;
                             0904 - APPEARANCE FILED - FEE WAIVED

☐ JURY DEMAND                1900 - APPEARANCE & JURY DEMAND - FEE PAID
                             1909 - APPEARANCE & JURY DEMAND - NO FEE

The undersigned enters the appearance of:       ☐ Plaintiff    ☑ Defendant

K&B Transportation, Inc. and Jeremy M. LaRoche

_____

                              (Insert litigant's name.)

                                                              Signature

☑ INITIAL COUNSEL OF RECORD          ☐ PRO SE
☐ ADDITIONAL APPEARANCE              ☐ SUBSTITUTE APPEARANCE

        A copy of this appearance shall be given to all parties who have appeared and have not been found by the
Court to be in default.

☑ Atty. No.: 16741           ☐ Pro Se 99500
(Please complete the following contact information.)
Name: Lamis Eli / WILSON ELSER                     **Pro Se Only:** ☐ I have read and agree to the terms of
                                                   the Clerk's Office Electronic Notice Policy and choose
Atty. for: Defendants                              to opt in to electronic notice from the Clerk's office for
Address: 55 W. Monroe Street, Suite 3800           this case at this email address:
City/State/Zip: Chicago, IL 60603
Telephone: 312-704-0550
Primary Email: kathleen.mcdonough@wilsonelser.com
Secondary Email: lamis.eli@wilsonelser.com
Tertiary Email: gail.serritella@wilsonelser.com

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

KIMBERLY J. FAULKNER-STARKS,

        Plaintiff,

    vs.

K&B TRANSPORTATION, INC., a foreign
corporation, and JEREMY M. LAROCHE,
individually, and as agent, employee and/or servant
of K&B TRANSPORTATION, INC.,

        Defendants.

Case No. 2017-L-011945

### DEFENDANTS K&B TRANSPORTATION, INC. AND JEREMY M. LAROCHE'S ANSWER TO PLAINTIFF'S COMPLAINT AT LAW

NOW COME Defendants K&B TRANSPORTATION, INC. and JEREMY M. LAROCHE, through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and for their Answer to Plaintiff's Complaint at Law, state as follows:

### COUNT I - K&B TRANSPORTATION, INC.

1.     On January 11, 2016, Plaintiff KIMBERLY FAULKNER-STARKS was operating a CTA bus, which was stopped facing East on 16th Street at or near the intersection with Pulaski Road, in the City of Chicago, in the County of Cook, in the State of Illinois.

**ANSWER:**     **Defendants admit the allegations contained in Paragraph 1 of Count I.**

2.     That at all times relevant, the Defendant, K&B TRANSPORTATION, INC., owned a semi truck that was being controlled and operated by its employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, who was acting in furtherance and mutual benefit of his employment, servitude, and/or agency with K&B TRANSPORTATION, INC.

**ANSWER:**     **Defendants admit the allegations contained in Paragraph 2 of Count I.**

3.     That at the aforesaid time and place, Defendant K&B TRANSPORTATION, INC.'s semi truck was traveling eastbound on 16th Street at or near the intersection with Pulaski Road, in the City of Chicago, in the County of Cook, in the State of Illinois.

**ANSWER:     Defendants admit the allegations contained in Paragraph 3 of Count I.**

4.     That at the aforesaid time and place, the semi truck owned by the Defendant K&B TRANSPORTATION, INC. struck the Plaintiff's CTA bus with great force and violence.

**ANSWER:     Defendants deny the allegations contained in Paragraph 4 of Count I.**

5.     That Defendant K&B TRANSPORTATION, INC., by and through its employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, then and there had a duty to own, operate, manage, maintain, and control said semi truck with ordinary and reasonable care so as not to cause injury to others.

**ANSWER:     Defendants only admit to the duties imposed on them by Illinois law and otherwise deny the remaining allegations contained in Paragraph 5 of Count I.**

6.     That at the aforesaid time and place, Defendant K&B TRANSPORTATION, INC., by and through its employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, then and there carelessly and negligently did, or failed to do one or more of the following acts and/or omissions:

    a.     Operated said semi truck with reckless disregard for the safety of others, contrary to and in violation of 625 ILCS 5/11-503;

    b.     Failed to keep a proper lookout with regard for traffic conditions, in violation of 625 ILCS 5/11-601;

    c.     Failed to retain sufficient or proper control over said semi truck;

    d.     Failed to operate said semi truck in a reasonably safe manner so as to not cause injury to the Plaintiff;

    e.     Failed to take any evasive measures to avoid a collision;

-2-

f.  Drove too close to a bus, in violation of 625 ILCS 5/11-710;

g.  Failed to maintain travel within a single lane of traffic, in violation of 625 ILCS 5/11-709;

h.  Attempted and/or made a right turn from a lane not as close as practical to the right-hand curb, in violation of 625 ILCS 5/11-801(a)(1);

i.  Attempted and/or made a right turn in front of a bus, in violation of 625 ILCS 5/11-801(c);

j.  Failed to obey a traffic control signal, in violation of 625 ILCS 5/11-305 and 625 ILCS 5/11-306;

k.  Falsified a log book to allow the driver to drive hours in excess of those allowed by law; AND

l.  Drove a semi truck hours in excess of those allowed by law.

**ANSWER:** **Defendants deny the allegations contained in Paragraph 6, parts (a) − (l) of Count I.**

7.  That as a direct and proximate result of one or more of the aforementioned negligent and/or careless acts of Defendant K&B TRANSPORTATION, INC., the Plaintiff suffered multiple injuries of a personal and pecuniary nature; which are both permanent and lasting; which have caused and will continue to cause pain to her body; that she was caused to expend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; thereby incurring losses of large sums of money; and that she has been and in the future will be prevented from attending to her usual affairs and duties.

**ANSWER:** **Defendants deny the allegations contained in Paragraph 7 of Count I.**

WHEREFORE, Defendants request that this Court enter an order dismissing Plaintiff's lawsuit with prejudice and with costs, denying that Plaintiff is entitled to any relief whatsoever; and/or providing for any other just relief.

2428109v.1

## COUNT II - JEREMY M. LAROCHE

1.    On January 11, 2016, Plaintiff KIMBERLY J. FAULKNER-STARKS was operating a CTA bus, which was stopped facing East on 16th Street at or near the intersection with Pulaski Road, in the City of Chicago, in the County of Cook, in the State of Illinois.

**ANSWER:**    **Defendants admit the allegations contained in Paragraph 1 of Count II.**

2.    That at the aforesaid time and place, the Defendant, K&B TRANSPORTATION, INC., owned a vehicle that was being controlled and operated by her employee, servant, and/or agent, Defendant JEREMY M. LAROCHE, who was acting in furtherance and mutual benefit of his employment, servitude, and/or agency with K&B TRANSPORTATION, INC.

**ANSWER:**    **Defendants admit the allegations contained in Paragraph 2 of Count II.**

3.    That at the aforesaid time and place, Defendant JEREMY M. LAROCHE's semi truck struck the Plaintiff's CTA bus with great force and violence.

**ANSWER:**    **Defendants deny the allegations contained in Paragraph 3 of Count II.**

4.    That Defendant JEREMY M. LAROCHE, had a duty to operate, manage, maintain, and control his semi truck with ordinary and reasonable care so as to not cause injury to others, including the Plaintiff.

**ANSWER:**    **Defendants only admit to the duties imposed on them by Illinois law and otherwise deny the remaining allegations contained in Paragraph 4 of Count II.**

5.    Notwithstanding said duty, Defendant JEREMY M. LAROCHE individually, and as agent, employee and/or servant of K&B TRANSPORTATION, INC., then and there carelessly and negligently did, or failed to do one or more of the following acts and/or omissions:

a.    Operated said semi truck with reckless disregard for the safety of others, contrary to and in violation of 625 ILCS 5/11-503;

b.    Failed to keep a proper lookout with regard for traffic conditions, in violation of 625 ILCS 5/11-601;

-4-

    c.      Failed to retain sufficient or proper control over said semi truck;

    d.      Failed to operate said semi truck in a reasonably safe manner so as to not cause injury to the Plaintiff;

    e.      Failed to take any evasive measures to avoid a collision;

    f.      Drove too close to a bus, in violation of 625 ILCS 5/11-710;

    g.      Failed to maintain travel within a single lane of traffic, in violation of 625 ILCS 5/11-709;

    h.      Attempted and/or made a right turn from a lane not as close as practical to the right-hand curb, in violation of 625 ILCS 5/11-801(a)(1);

    i.      Attempted and/or made a right turn in front of a bus, in violation of 625 ILCS 5/11-801(c);

    j.      Failed to obey a traffic control signal, in violation of 625 ILCS 5/11-305 and 625 ILCS 5/11-306;

    k.      Falsified a log book to allow the driver to drive hours in excess of those allowed by law; AND

    l.      Drove a semi truck hours in excess of those allowed by law.

**ANSWER:**   **Defendants deny the allegations contained in Paragraph 5, parts (a) – (l) of Count II.**

6.     That as a direct and proximate result of one or more of the aforementioned negligent and/or careless acts of Defendant JEREMY M. LAROCHE individually, and as agent, employee and/or servant of K&B TRANSPORTATION, INC., the Plaintiff suffered multiple injuries of a personal and pecuniary nature; which are both permanent and lasting; which have caused and will continue to cause pain to her body; that she was caused to expend and in the future will be compelled to expend, large sums of money in endeavoring to be cured of said injuries; thereby incurring losses of large sums of money; and that she has been and in the future will be prevented from attending to her usual affairs and duties.

**ANSWER:**   **Defendants deny the allegations contained in Paragraph 6 of Count II.**

-5-

2428109v.1

WHEREFORE, Defendants request that this Court enter an order dismissing Plaintiff's lawsuit with prejudice and with costs, denying that Plaintiff is entitled to any relief whatsoever; and/or providing for any other just relief.

## AFFIRMATIVE DEFENSES

Defendants, K&B TRANSPORTATION, INC. and JEREMY M. LAROCHE, assert the following affirmative defenses in response to Plaintiff's Complaint:

## AFFIRMATIVE DEFENSE I - Negligence

1. The present action arises from injuries allegedly sustained by Plaintiff as the result of an occurrence on January 11, 2016.

2. Plaintiff filed a Complaint at Law which purports to set forth a personal injury cause of action against Defendants.

3. Defendants have answered Plaintiff's Complaint at Law, denying all material allegations of fact and assertions of law as to personal injury, and therefore deny that Plaintiff is entitled to any judgment against this Defendant.

4. That on the date and place complained of in Plaintiff's Complaint at Law, Plaintiff had a duty to exercise ordinary and reasonable care for her safety, and the safety of all others, while allegedly operating a bus at the intersection of 16th Street and Pulaski Road.

5. That on the date and place aforementioned in Plaintiff's Complaint at Law, Plaintiff failed to exercise due care for her safety and was then and there guilty of one or more of the following negligent acts or omissions:

     a.    Carelessly and negligently failed to keep a proper lookout for traffic;

     b.    Was careless and negligent in the manner in which she operated her vehicle;

-6-

c.   Carelessly and negligently failed to retain sufficient and proper control over the operation of her vehicle;

d.   Carelessly and negligently placed herself in a position where she was susceptible to being involved in a accident; and/or

e.   Was otherwise careless and negligent.

6.   One or more of the foregoing negligent acts and/or omissions proximately caused or contributed to the alleged damages claimed by Plaintiff in her Complaint at Law.

7.   To the extent Plaintiff's fault is found to be greater than fifty-percent (50%) of the proximate cause of the injuries and damages alleged, Plaintiff is barred from recovering any damages against Defendants.

8.   In the alternative, if it is determined that Plaintiff's own negligence or fault was 50% or less for the occurrence, Defendants are entitled to a reduction in any award granted in proportion to the percentage of fault attributed to Plaintiff.

WHEREFORE, for the above and foregoing reasons, K&B TRANSPORTATION, INC. and JEREMY M. LAROCHE, respectfully request that this Court enter judgment in their favor, or in the alternative, apportion the damages in accordance with the percentage of fault attributed to the respective parties.

## AFFIRMATIVE DEFENSE II - Sole Proximate Cause

1.   The present action arises from injuries allegedly sustained by Plaintiff as the result of an occurrence on January 11, 2016.

2.   Plaintiff filed a Complaint at Law which purports to set forth a personal injury cause of action against Defendants.

3.   Defendants have answered Plaintiff's Complaint at Law, denying all material allegations of fact and assertions of law as to personal injury, and therefore deny that Plaintiff is entitled to any judgment against Defendants.

2428109v.1

4.     That if a judgment for damages is rendered in favor of Plaintiff and against Defendants, said judgment will be barred and set aside because Plaintiff's own conduct was the sole proximate cause of her alleged injuries and damages.

5.     That at the time and place of the alleged occurrence and in spite of the aforementioned duty, Plaintiff was then and there guilty of one or more of the following negligent acts and/or omissions, which were the sole proximate cause of her alleged injuries and damages:

a.     Carelessly and negligently failed to keep a proper lookout for traffic;

b.     Was careless and negligent in the manner in which she operated her vehicle;

c.     Carelessly and negligently failed to retain sufficient and proper control over the operation of her vehicle;

d.     Carelessly and negligently placed herself in a position where she was susceptible to being involved in a vehicular accident; and/or

e.     Was otherwise careless and negligent.

WHEREFORE, Defendants K&B TRANSPORTATION, INC. and JEREMY M. LAROCHE, pray this Court enters judgment in their favor and against Plaintiff KIMBERLY J. FAULKNER-STARKS and that this Court award Defendants their attorneys' fees, the costs of this action, and any other relief the Court deems appropriate, necessary and just.

Respectfully Submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____
Attorneys for Defendants

2428109v.1

Lamis G. Eli
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: 312.704.0550 / Fax: 312.704.1522
lamis.eli@wilsonelser.com
Attorney No. 16741

2428109v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served via U.S. Mail on December 8, 2017 on the following counsel:

Parag P. Bhosale
GARDI & HAUGHT, LTD.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

# EXHIBIT D

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

KIMBERLY J. FAULKNER-STARKS,

               *Plaintiff,*

    v.                         Case No. 2017-L-011945

K&B TRANSPORTATION, INC. and
JEREMY LAROCHE,

               *Defendants.*

TO:    See Attached Certificate of Service

### NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on December 7, 2017, I caused to be sent via U.S. Mail to all parties the following document:

- K&B Transportation, Inc. and Jeremy LaRoche's First Request for Admission to Plaintiff

               Respectfully submitted,

               WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        By:                                      
               Attorneys for Defendants

Kathleen McDonough, Esq.
Lamis G. Eli, Esq.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: (312) 704-0550
Fax: (312) 704-1522
kathleen.mcdonough@wilsonelser.com
lamis.eli@wilsonelser.com
Attorney No. 16741

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing instrument was served on the following parties via U.S. Mail on December 7, 2017:

Parag P. Bhosale
Gardi & Haught, Ltd.
939 N. Plum Grove Road, Suite C
Schaumburg, IL 60173

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KIMBERLY J. FAULKNER-STARKS,

*Plaintiff,*

v.

Case No. 2017-L-011945

K&B TRANSPORTATION, INC. and
JEREMY LAROCHE,

*Defendants.*

## K&B TRANSPORTATION, INC. AND JEREMY LAROCHE'S FIRST REQUEST FOR ADMISSION TO PLAINTIFF

Pursuant to Illinois Supreme Court Rule 216, Defendants K&B TRANSPORTATION, INC. and JEREMY LAROCHE, through their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, and pursuant to Illinois Supreme Court Rule 216, provide as follows:

### INSTRUCTIONS

You are instructed that:

(a)     **Warning: If you fail to serve the response required by Illinois Supreme Court Rule 216 within 28 days after you are served with these requests, all the facts set forth in the requests will be deemed true and all the documents described in the requests will be deemed genuine.**

(b)     Your answers, signed and properly verified, must be delivered to the undersigned counsel within 28 days after service of the request.

### REQUEST FOR ADMISSION

### REQUEST NO. 1

Admit that your total alleged damages against both named Defendants, including but not limited to medical expenses, property damage, lost wages, and all other costs, do not exceed $75,000.00.

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: _____

One of the attorneys for Defendants
K&B TRANSPORTATION, INC. and JEREMY LaROCHE

Kathleen McDonough (ARDC # 6229813)
Lamis G. Eli (ARDC # 6308955)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
55 W. Monroe Street, Suite 3800
Chicago, IL 60603
Telephone: 312.704.0550
Fax: 312.704.1522
kathleen.mcdonough@wilsonelser.com
lamis.eli@wilsonelser.com
Firm I.D. 16741

2

2427048v.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing instrument was served via U.S. Mail on December 7, 2017 on the following counsel:

Parag P. Bhosale
Gardi & Haught, Ltd.
939 N. Plum Grove Road, Suite C
Schaumburg, IL  60173

(X) Under penalties provided by law pursuant to IL. REV. STAT. CHAP 110 SEC 1-109, I certify that the statements set forth herein are true and correct.

# EXHIBIT E

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

KIMBERLY J. FAULKNER-STARKS, )
           )
        Plaintiff, )
           )
vs.            )    Case No.: 17 L 011945
           )
K&B TRANSPORTATION, INC. and )
JEREMY M. LAROCHE,      )
           )
        Defendants. )

### PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR ADMISSION

NOW COMES the Plaintiff, KIMBERLY J. FAULKNER-STARKS, by and through her attorneys, GARDI & HAUGHT, LTD., and in her response to Defendants' Request for Admission, states as follows:

**Request No. 1**

Admit that your total alleged damages against both named Defendants, including but not limited to medical expenses, property damage, lost wages, and all other costs, do not exceed $75,000.00.

**Response:**

Denied.

Under the penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned, certifies that the statements set forth in this instrument are true and correct, except as to matter therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

KIMBERLY J. FAULKNER STARKS

12-19-17

Date

GARDI & HAUGHT, LTD.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
847/944-9400
Atty No.: 40434
pbhosale@gardilaw.com

# EXHIBIT F

## K&B TRANSPORTATION, INC.
## AFFIDAVIT OF CITIZENSHIP & CONSENT TO REMOVAL

I, Matthew Tipton, being of legal age, swear under penalty of perjury that the following statements are true and accurate, to the best of my knowledge and belief:

1. I am a citizen and resident of the State of Iowa.

2. I am the Safety Director of K&B Transportation, Inc.

3. Defendant K&B Transportation, Inc. is incorporated in the state of Iowa, with its principal place of business in South Sioux City, Nebraska.

4. K&B Transportation, Inc. does not object to the removal of this matter from Cook County, Illinois to the U.S. District Court for the Northern District of Illinois.

Further Affiant Sayeth not.

By: _____
Matthew Tipton, Safety Director
K&B Transportation, Inc.

SUBSCRIBED and SWORN to before me
On ___December 26 TH___, 2017.

_____
NOTARY PUBLIC

NOTARIAL SEAL
IOWA

DEREK L. CLEVELAND
Commission Number 780319
My Commission Expires
September 16, 2019

2437001v.1